IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CORY A. WATKINS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

No. 3:14-cv-01753-HZ

ORDER

HERNÁNDEZ, District Judge:

Plaintiff Cory Watkins brought this action seeking review of the Commissioner's final decision to deny Social Security benefits. In an January 15, 2016 Opinion & Order, the Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Judgment was also entered on January 15, 2016.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has no objection to the request. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court grants the motion [42] and awards Plaintiff's counsel $9,484.13 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $8,891.12 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney the balance of $593.01 less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

Dated this 27 day of Dec, 2017

Marco A. Hernández
United States District Judge